**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
_____LUBBOCK_____ **DIVISION**

HONORABLE NANCY M. KOENIG _____ PRESIDING   COURT REPORTER/TAPE: Digital _____
DEPUTY CLERK Criss Flock _____   USPO Hector Lopez _____
LAW CLERK _____
INTERPRETER _____

CR. No. _____ 5:08-CR-028 _____ DEFT No._____

UNITED STATES OF AMERICA                §
                                         §   Ann Roberts _____ AUSA
v.                                       §
                                         §
JAMES MICHAEL LONG _____         §   David Sloan for Shery Kime-Goodwin   (F)
Defendant's Name                             Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

**HEARING**

☐ . . . . . . . . .   Motion hearing held.

] Hearing Type: ☐ Attorney Appointment ☐ Bail Review & Forfeitures and Nebbia Hearing ☐ Evidentiary Hearing
☐ Mental Competency Hearing ☐ Oral Argument Hearing ☐ Plea Hearing ☒ FARETTA HEARING

Date Held: _____ 8/27/08 _____
Time in Court: _____ :03 / 3:00 p.m. _____
Hearing Concluded: ☐ Yes ☐ No

☐ . . . . . . . . .   If competency hearing, ☐ Psychiatric report presented.
                      Name of physician _____
☐ . . . . . . . . .   Testimony heard (See Witness Listing).
☐ . . . . . . . . .   ☐ Govt ☐ Deft (evidence presented) ☐ See Exhibit Listing
☐ . . . . . . . . .   Deft _____ motion to suppress ☐ granted ☐ denied ☐ granted in part.
☐ . . . . . . . . .   Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
☐ . . . . . . . . .   Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
☐ . . . . . . . . .   Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
☐ . . . . . . . . .   Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
☐ . . . . . . . . .   Govt motion _____ ☐ granted ☐ denied.
☐ . . . . . . . . .   Deft _____ motion _____ taken under advisement.
☐ . . . . . . . . .   Deft _____ motion _____ taken under advisement.
☐ . . . . . . . . .   Deft _____ oral motion _____ ☐ granted ☐ denied.
☐ . . . . . . . . .   Govt _____ oral motion _____ ☐ granted ☐ denied.
☐ . . . . . . . . .   Bond ☐ continued ☐ revoked
☐ . . . . . . . . .   Deft bond set to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ . . . . . . . . .   Defendant Custody/Detention continued.
☐ . . . . . . . . .   Defendant REMANDED to custody.

OTHER PROCEEDINGS: Faretta Hearing and Arraignment reset for Wednesday, September 3, at 3:00 p.m. _____

Adjourned until: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 27 2008

CLERK, U.S. DISTRICT COURT
By_____
Deputy