# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Lubbock Division

HONORABLE: NANCY M. KOENIG     PRESIDING

DEPUTY CLERK: Criss Flock     COURT REPORTER/TAPE NUMBER: Digital

LAW CLERK:     USPO: Hector Lopez

INTERPRETER:     Date: Sep 3, 2008

Cr. No.     5:08-CR-028     DEFT. No.

UNITED STATES OF AMERICA
V.
JAMES MICHAEL LONG
Defendant's Name

§ § § §

Ann Roberts + C. RICHARD BAKER, AUSA

David Sloan for Shery Kime-Goodwin (F)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT/~~REARRAIGNMENT~~

Time in Court: :12 / 3:01 p.m.

Trial Status:
- [ ] Completed by Jury Verdict
- [ ] Continued from Previous Month
- [ ] Directed Verdict
- [ ] Evidence Entered
- [ ] Hung Jury
- [ ] Jury Selection Only, continued
- [ ] Jury Selection or Verdict Only (No Trial Before this Judge)
- [ ] Mistrial
- [ ] Settled/Guilty
- [x] None

Days in Trial:

Hearing Concluded: [x] Yes [ ] No

- [ ] Defendant SWORN.
- [x] Arraignment    [ ] Rearraignment - Held on count(s) 1-4
- of the 4 count(s)   [ ] Indictment   [x] Information   [ ] Superseding Indictment   [ ] Complaint   [ ] Superseding Information
- [ ] Sentencing Guidelines
- [x] ~~Deft~~ COURT enters a plea of   [x] Not Guilty ON DEFENDANT'S BEHALF   [ ] Guilty   [ ] Nolo
- [ ] Waiver of Jury Trial
- [ ] Waiver of Indictment filed
- [ ] Plea Agreement accepted   [ ] Court defers acceptance of Plea Agreement
- [ ] Plea Agreement filed (see agreement for details)   [ ] No Plea Agreement
- [ ] Plea Agreement included with Factual Resume.
- [ ] Factual Resume filed.
- [ ] Sentencing set   Date:   Time:
- [x] Trial set for   Date: Oct 6, 2008   Time:
- Pretrial motions due:    Discovery motions/Government Responses due:
- [ ] Orders for PSI, Disclosure Date and Setting Sentencing entered.
- [ ] PSI waiver filed.   PSI due:   Pre-sentence Referral Form to:
- [ ] Deft Bond   [ ] Set   [ ] reduced to $   [ ] Cash   [ ] Surety   [ ] 10%   [ ] PR
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond   [ ] continued   [ ] forfeited
- [ ] Deft Custody/Detention continued.
- [ ] Deft REMANDED to custody.

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP - 3 2008**
**CLERK, U.S. DISTRICT COURT**
**By _____ Deputy**

OTHER PROCEEDINGS: Deft provided with copy of Information. Information read in open court by AUSA Roberts.