IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 5:08-CR-028-C |
| | ) | |
| JAMES MICHAEL LONG | ) | |

## ORDER

The parties and counsel of record are advised that by order filed May 22, 2008, by the Honorable Charles Bleil, United States Magistrate Judge, the Federal Public Defender's Office was appointed to represent Defendant herein. Such appointment continues in effect until such time as this Court withdraws the appointment.

SO ORDERED.

Dated September 5, 2008.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT